IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. 4:05-cv-4152-JPG |
| ) | |
| HERMAN A. WESSELMAN, et al.,  ) | |
| ) | |
| Defendants.  ) | |

**ORDER**

This matter is before the Court on the Motion to Compel filed by the Plaintiff, Herman A. Wesselman, on December 7, 2005 (Doc. 18). The motion is **STRICKEN**.

This motion is signed by Dallas Brockton Lilly who purports to be Herman Wesselman's "power of attorney in fact." There is no indication that Mr. Lilly is an attorney who is licensed to practice law in this district. As such, he cannot represent Mr. Wesselman. Mr. Wesselman my proceed *pro se*; however, he MAY NOT be represented in proceedings before this Court by a layperson.

**DATED: January 3, 2006**

                                           **s/ Donald G. Wilkerson**
                                           **DONALD G. WILKERSON**
                                           **United States Magistrate Judge**