UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 05-cv-4152-JPG ) |
| HERMAN A. WESSELMAN, et al., | ) ) Hon. J. Phil Gilbert |
| Defendants. | ) |

## RULE 54(b) JUDGMENT

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to Count I and having found no just reason for delaying entry of judgment on Count I pursuant to Federal Rule of Civil Procedure 54(b),

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I is entered in favor of plaintiff United States of America and against defendant Herman A. Wesselman in the amount of $1,769,148.31, plus penalties and interest that continue to accrue after June 25, 2008, for unpaid and previously assessed federal income taxes, federal employment taxes, and federal unemployment taxes from the 1991, 1992, 1993, 1994, 1995, 1996, 1997, and 2000 tax periods.

**DATED:  August 5, 2008**                                              NORBERT JAWORSKI, Clerk


                                                                                        By: s/Brenda K. Lowe, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**